IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Harris, Amy L

Printed: 01/22/09

Case Number: 08 B 22331
Judge: Wedoff, Eugene R
Filed: 8/25/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: December 11, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 360.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 336.24 |
| Trustee Fee: |  | 23.76 |
| Other Funds: |  | 0.00 |
| Totals: | 360.00 | 360.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,474.00 | 336.24 |
| 2. | PRA Receivables Management | Unsecured | 136.39 | 0.00 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 549.00 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 27.43 | 0.00 |
| 5. | Jefferson Capital Systems LLC | Unsecured | 68.05 | 0.00 |
| 6. | American Recovery System | Unsecured |  | No Claim Filed |
| 7. | AFNI | Unsecured |  | No Claim Filed |
| 8. | American Collections & Credit | Unsecured |  | No Claim Filed |
| 9. | Credit Management Service | Unsecured |  | No Claim Filed |
| 10. | Payday Loan | Unsecured |  | No Claim Filed |
| 11. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 12. | Harris & Harris | Unsecured |  | No Claim Filed |
| 13. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 14. | State Collection Service | Unsecured |  | No Claim Filed |
|  |  |  | $ 4,254.87 | $ 336.24 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 23.76 |
|  | $ 23.76 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Harris, Amy L

Printed: 01/22/09

Case Number:  08 B 22331
Judge:  Wedoff, Eugene R
Filed:  8/25/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

